```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

CHRISTOPHER EVANS                                    PLAINTIFF

   vs.              CASE No. 07-2003

MULBERRY LODGE RETIREMENT CENTER, INC.              DEFENDANTS

## ORDER

Now on this 4th day of December, 2007, comes the Motion to Dismiss with Prejudice (doc. #12). The Court, being well and sufficiently advised, does hereby GRANT the motion to dismiss with prejudice. The above styled case is DISMISSED with PREJUDICE.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge